DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO JAVIER ROBLES-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-10-115 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| FRANCISCO JAVIER ROBLES-PEREZ, | ) | |
| Defendant. | ) | |

    This case is currently scheduled for a status hearing on May 25, 2010.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 25, 2010, be continued until July 13, 2010.  In addition, the parties stipulate that the time period from May 25, 2010, to July 13, 2010,  be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED:May 11, 2010

                      Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| | |
| */s/ Lexi Negin for*<br>MICHAEL ANDERSON<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Francisco Javier Robles-Perez |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> FRANCISCO JAVIER ROBLES-PEREZ, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR-S-10-115 JAM <br><br><br> PROPOORDER CONTINUING STATUS <br> HEARING AND EXCLUDING TIME <br> PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on May 11, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for May 25, 2010, be vacated and that the case be set for **Tuesday, July 13, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 11, 2010 stipulation, the time under the Speedy Trial Act is excluded from May 25, 2010, through July 13, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 11, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2